## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Tyrell L. Bateman, | ) | Case No. 1:13-po-004 |

_____

On May 7, 2013, the Government filed an Information charging Tyrell Bateman with one count of the unlawful taking of a Golden Eagle and two counts of unlawful transport of wildlife. It also filed a request for the issuance of a summons along with a supporting affidavit from Richard Grosz, Special Agent for the United States Fish and Wildlife Service.

Special Agent Grosz's affidavit establishes probable cause to believe that Tyrell Batemen may have committed the offenses charged in the Information. Accordingly, court **GRANTS** the Government's request (Docket No. 2) and authorizes the Clerk's office to issue a summons for Mr. Bateman. See Fed. R. Civ. P. 9(a).

**IT IS SO ORDERED.**

Dated this 9th day of May, 2013.

                                                   */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr.
                                                   United States Magistrate Judge